# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Yabesh Maroko,

        Plaintiff,

                            Civ. No. 10-63 (RHK/JJG)
                            **ORDER**

v.

Werner Enterprises, Inc.,

        Defendant.

---

This matter is before the Court *sua sponte*.

The parties have recently filed their initial trial materials in this matter, including their proposed witness lists. Pursuant to District of Minnesota Local Rule 39.1(b)(1)(C), those lists were required to provide "a short statement of the substance of the expected testimony of each witness." Although the witness lists include brief summaries of the proposed witnesses' testimony, those summaries are, in the Court's view, lacking. For instance, Plaintiff summarizes the expected testimony of Kristina Hoffman as "Werner's purported accommodation offer." Defendant, who has also identified Hoffman as a witness, summarizes her testimony as "Werner's attempts to accommodate Plaintiff and the company's policies regarding discipline for lying on a job application.." This does not suffice.

The parties should re-file their proposed witness lists, on or before June 10, 2011, providing a greater explanation of the *substance* of each witness's testimony – that is,

what the party expects the witness will say while on the stand.  Although a multi-page narrative is unnecessary, a paragraph (or two) detailing the specific facts about which each witness will testify should be provided.


Dated: May 19, 2011                                              s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge