# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Yabesh Maroko,

        Plaintiff,

Civ. No. 10-63 (RHK/JJG)

**ORDER**

vs.

Werner Enterprises, Inc.,

        Defendant.

Plaintiff's Request for Leave to Replace Unredacted Exhibits (Doc. No. 113) is **GRANTED**.

Dated: June 21, 2011

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge