# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Yabesh Maroko,

   Plaintiff,

               Civ. No. 10-63 (RHK/JJG)
               **ORDER**

v.

Werner Enterprises, Inc.,

   Defendant.

---

  Plaintiff's Request for Leave to File a Motion in Limine (Doc. No. 123) is **GRANTED**. Plaintiff shall serve and file his proposed Motion in Limine no later than 12:00 p.m. (noon) on Monday, August 14, 2011, and Defendant shall serve and file its Response to the Motion on or before 12:00 p.m. (noon) on Friday, August 19, 2011. No further submissions – whether by memorandum, letter, affidavit, or otherwise – shall be permitted in connection with the Motion absent further Order of the Court.

  The Court intends to address the Motion (and the parties' other pre-trial submissions) at a final pre-trial conference shortly before trial. The Court will issue an Order scheduling that conference after it has reviewed the submissions in connection with the Motion.

Dated: August 11, 2011               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge