# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Yabesh Maroko,

        Plaintiff,

                                            Civ. No. 10-63 (RHK/JJG)
                                            **ORDER**

v.

Werner Enterprises, Inc.,

        Defendant.

---

This matter is set for trial before the undersigned and an advisory jury commencing on Monday, September 19, 2011.  **IT IS ORDERED** that a **FINAL PRE-TRIAL CONFERENCE** will be held on Monday, September 12, 2011, at 9:00 a.m. in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.  *<u>Plaintiff and a representative of Defendant shall personally appear at the final pre-trial conference.</u>*  At that conference, the parties should be prepared to discuss, among other things, Plaintiff's pending Motion in Limine and Objections to Defendant's Trial Exhibits.

Dated: August 30, 2011                                                  s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                               United States District Judge