# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Yabesh Maroko,

        Plaintiff,

                                      Civ. No. 10-63 (RHK/JJG)
                                      **ORDER FOR JUDGMENT**

v.

Werner Enterprises, Inc.,

        Defendant.

      This matter having been tried to the Court without a jury between September 19, 2011, and September 21, 2011, and the Court having set forth on the record, pursuant to Federal Rule of Civil Procedure 52(a)(1), its findings of fact and conclusions of law in this action, which are incorporated herein by reference, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Yabesh Maroko take nothing of Defendant Werner Enterprises, Inc., and Maroko's Complaint (attached to Doc. No. 1) and Amended Complaint (Doc. No. 51) are **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: September 21, 2011                              s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge